# PASHMAN STEIN
### A PROFESSIONAL CORPORATION
### COUNSELLORS AT LAW
COURT PLAZA SOUTH
21 MAIN STREET
HACKENSACK, NEW JERSEY 07601-7054
(201)488-8200

FAX
(201)488-5556
www.pashmanstein.com

June 16, 2008

**Via Facsimile**
Judge Peter G. Sheridan
United States District Court, District of New Jersey
M.L. King, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, New Jersey 07102

    RE:    Unex Corp. v. Industrial Bolting Technologies, Inc.
            Civil Action No. 07-CV-6027
            Our File No. 9054-001

Dear Judge Sheridan:

    During the settlement conference held before Your Honor on May 22, 2008, the parties indicated that a face-to-face meeting among the parties might be useful to try to see if this matter could be settled. The Court instructed us to hold that in-person meeting by June 15.

    I write to advise the Court that we will not have that meeting until June 23. I hope the Court will excuse the one-week delay. If Your Honor has any concerns or requires additional information, please contact me.

*[Handwritten note: So Ordered, Peter H Sheridan [?] 6/17/08]*

                          Respectfully Submitted,

                          SEAN MACK

SM:mg
cc:    Joel R. Glucksman, Esq. (via email)
        Jason M. Sneed, Esq. (via email)
        James Gatehouse, Esq. (via email)