UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNEX CORPORATION,<br><br>                Plaintiff,<br><br>vs.<br><br>INDUSTRIAL BOLTING TECHNOLOGIES, INC., et al.,<br>                Defendants. | Civ. Action No. 07-6027(PGS-ES)<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by plaintiff Unex Corporation and defendants Industrial Bolting Technologies, Inc. and Maxpro Corp, through their undersigned counsel, that all claims, counterclaims, and cross-claims asserted in this matter be dismissed with prejudice as to all parties and without costs or fees to any party.

Pashman Stein, a Professional Corp.
Court Plaza South, 21 Main St., Suite 100
Hackensack, New Jersey 07601
Counsel for plaintiff Unex Corporation

By: _____
SEAN MACK, ESQ.
Dated: October 28, 2008

Scarinci & Hollenbeck, LLC
1100 Valley Brook Ave., P.O. Box 790
Lyndhurst, NJ 07071-0790
Counsel for Defendants Industrial Bolting
Technologies, Inc. and MaxPro Corp.

By: _____
JOEL R. GLUCKSMAN, ESQ.
Dated: October 28, 2008

SO ORDERED THIS 25
DAY OF OCTOBER, 2008

_____
HON. PETER J. SHERIDAN, U.S.D.J.